[Cite as *State v. Barrett*, 2022-Ohio-4017.]

IN THE COURT OF APPEALS OF OHIO
SIXTH APPELLATE DISTRICT
WOOD COUNTY

State of Ohio                                        Court of Appeals No. WD-22-015

      Appellee                                   Trial Court No.  2021CR0024

v.

Jacob A. Barrett                                **DECISION AND JUDGMENT**

      Appellant                                  Decided:  November 10, 2022

* * * * *

Appellant, Jacob Barrett, appeals the February 7, 2022 judgment of the Wood County Court of Common Pleas, sentencing him 11 months in prison for forgery in violation of R.C. 2913.31(A)(3) and (C)(1)(b).  We sua sponte place this matter on the accelerated calendar pursuant to App.R. 11.1(A), and this judgment entry is not an opinion of the court.  *See* S.Ct.R.Rep.Op.3.1; App.R. 11.1(E); 6th Dist.Loc.App.R. 12. For the following reasons, we affirm.

Appellant raises a single assignment of error:

Simply because Appellant served a prior prison sentence, the

imposition of 11 months of prison for this case was an abuse of discretion.

Appellant acknowledges that he previously served a prison term, and therefore the trial court had discretion to sentence him to prison under R.C. 2929.13(B)(1)(b)(ix). In challenging his sentence, appellant argues the trial court failed to fully consider the factors under R.C. 2929.12 regarding physical harm or mental injury to the victim. Appellant had a relationship with the victim in this case, and after committing the offense to support his drug habit, appellant voluntarily sought treatment.

As this court has repeatedly recognized, "R.C. 2953.08(G)(2) does not permit an 'appellate court to independently weigh the evidence in the record and substitute its judgment for that of the trial court concerning the sentence that best reflects compliance with R.C. 2929.11 and 2929.12.'" *State v. Bowles,* 2021-Ohio-4401, 181 N.E.3d 1226, ¶ 7 (6th Dist.), quoting *State v. Jones,* 163 Ohio St.3d 242, 2020-Ohio-6729, 169 N.E.3d 649, ¶ 42. Furthermore, challenges based solely on a trial court's consideration of R.C. 2929.11 and 2929.12 factors may be summarily denied. *Bowles* at ¶ 8, citing *State v. Toles,* 166 Ohio St.3d 397, 2021-Ohio-3531, 186 N.E.3d 784, ¶ 1.

Consistent with our precedent, we summarily reject appellant's claim of error by the trial court in its consideration of factors under R.C. 2929.12. Appellant's sole assignment of error, accordingly, is not well-taken, and the judgment of the Wood County Court of Common Pleas is affirmed. Appellant is ordered to pay the costs of the appeal pursuant to App.R. 24.

2.

A certified copy of this entry shall constitute the mandate pursuant to App.R. 27. *See also* 6th Dist.Loc.App.R. 4.


Mark L. Pietrykowski, J.

_____
JUDGE

Gene A. Zmuda, J.

_____
JUDGE

Myron C. Duhart, P.J.
CONCUR.

_____
JUDGE